IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HARTFORD FIRE INSURANCE COMPANY,

        Plaintiff,

vs.                                                Cause No. 1:13-cv-00896-LFG-RHS

JUSTINA ROMERO, individually and as Personal Representative of the ESTATE OF KAYLA ALEXIS MARTINEZ; FRED SANCHEZ, individually and as Personal Representative of the ESTATE OF ALEANDRA SANCHEZ; REYES RUBIO; ANGEL GOMEZ, as Parent and next friend of BRIANNA SANCHEZ, a minor; FELICITA ESQUIBEL, as Parent and next friend of KAYLA ESQUIBEL, a minor; MARY HELEN LUCERO, as Parent and next friend of ALEXANDRIA DE LA O, a minor; and JOSEPH MARTINEZ,

        Defendants.

**PLAINTIFF HARTFORD FIRE INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff Hartford Fire Insurance Company ("Hartford"), by and through its attorneys, Riley, Shane & Keller, P.A. (Courtenay L. Keller and D. Chet Alderete), submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. Proc. 7.1 as follows:

Hartford Fire Insurance Company, a Connecticut corporation, is a wholly owned company of The Hartford Financial Services Group, Inc., a Delaware corporation. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. To the best of our knowledge, no publicly held corporation currently owns 10% or more of its common stock.

Respectfully submitted,

**RILEY, SHANE & KELLER, P.A.**

By: */s/ original signed by Courtenay L. Keller*
    **COURTENAY L. KELLER**
    **D. CHET ALDERETE**
    *Attorneys for Plaintiff*
    *Hartford Fire Insurance Company*
    3880 Osuna Road NE
    Albuquerque, NM 87109
    (505) 883-5030

The undersigned hereby certifies that on the 20th day of September, 2013, a copy of the foregoing was electronically filed through the CM/ECF system, which caused the following participating CM/ECF counsel to be served with same by electronic means. The undersigned further certifies that a copy of the foregoing was also served by U.S. Mail or personal service on:

Robert C. Gutierrez, Esq.
Will Ferguson & Associates
10090 Coors Blvd. NW, Suite A
Albuquerque, NM 87114-3301
bob@fergusonlaw.com

Anna C. Martinez, Esq.
Aequitas Law, LLC
P.O. Box 25304
Albuquerque, NM 87125
anna@aequitas.pro

Vitalia Sena-Baca, Esq.
Prince, Schmidt, Korte & Baca, LLP
2905 Rodeo Park Drive East, Bldg. 2
Santa Fe, NM 87505-6313
vitalia@pskattorneys.com

Thell Thomas, Esq.
Law Offices of Thell Thomas
509 Roma Ave. NW
Albuquerque, NM 87102-2124
tthomasjd@gmail.com

Reyes Rubio
798 Don Gallegos Circle
Las Vegas, NM 87701

Angel Gomez
2700 Hot Springs Blvd. #1
Las Vegas, NM 87701

Felicita Esquibel
1009 Romero Street
Las Vegas, NM 87701

By: */s/ Original signed by Courtenay L. Keller*
    **COURTENAY L. KELLER**