IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HARTFORD FIRE INSURANCE COMPANY,

        Plaintiff,

vs.                                                  Cause No. 1:13-cv-00896-LFG-RHS

JUSTINA ROMERO, individually and as Personal
Representative of the ESTATE OF KAYLA ALEXIS
MARTINEZ; FRED SANCHEZ, individually and as
Personal Representative of the ESTATE OF ALEANDRA
SANCHEZ; REYES RUBIO; ANGEL GOMEZ, as
Parent and next friend of BRIANNA SANCHEZ, a minor;
FELICITA ESQUIBEL, as Parent and next friend of KAYLA
ESQUIBEL, a minor; MARY HELEN LUCERO, as Parent
and next friend of ALEXANDRIA DE LA O, a minor; and
JOSEPH MARTINEZ,

        Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION TO
DEPOSIT FUNDS INTO THE COURT'S REGISTRY**

        Plaintiff, Hartford Fire Insurance Company (The Hartford), by and through its attorneys, Riley, Shane & Keller, P.A. (Courtenay L. Keller and D. Chet Alderete), filed Plaintiff's Motion to Deposit Funds into the Court's Registry (the "Motion"). [Doc. 6]. The Court, having reviewed the Motion, and otherwise being fully advised, FINDS that the Motion is well-taken and should be GRANTED. It is, therefore,

        ORDERED that the Motion is GRANTED. It is further

        ORDERED that the Clerk shall receive and deposit into the Court's registry the $200,000.00 available policy limits from Policy No. 18 PH 168114, under both the liability and Underinsured Motorists parts of the policy, for bodily injury claims arising in connection with from the subject accident, there to abide further order or judgment of this Court. It is further

ORDERED that the Clerk shall deposit the Policy Proceeds (plus any applicable interest) into a money market or other interest-bearing account.

_Lorenzo F. Garcia_
**U.S. MAGISTRATE JUDGE LORENZO F. GARCIA**