IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**HARTFORD FIRE INSURANCE COMPANY,**

       **Plaintiff,**

v.                                                      Cause No. 1:13-cv-00896-LFG-RHS

**JUSTINA ROMERO, individually and as Personal Representative of the ESTATE OF KAYLA ALEXIS MARTINEZ, FRED SANCHEZ, individually and as Personal Representative of the ESTATE OF ALEANDRA SANCHEZ; REYES RUBIO; ANGEL GOMEZ, as Parents and next friend of BRIANNA SANCHEZ, a minor; FELICITA ESQUIBEL, as Parent and next friend of KAYLA ESQUIBEL, a minor; MARY HELEN LUCERO, as Parent and next friend of ALEXANDRIA DE LA O, a minor; and JOSEPH MARTINEZ,**

       **Defendants.**

### DEFENDANT FRED SANCHEZ' ANSWER TO PLAINTIFF HARTFORD FIRE INSURANCE COMPANY'S COMPLAINT FOR INTERPLEADER

COMES NOW Fred Sanchez, individually and as Personal Representative of the Estate of Aleandra Sanchez by his attorneys of record, Prince, Schmidt, Korte & Baca, LLP (Vitalia M. Sena-Baca) and for his answer to Plaintiff Hartford Insurance Company's Complaint For Interpleader (hereinafter "Complaint") states as follows:

(1) Defendant Fred Sanchez (*hereinafter* Defendant Sanchez) admits the allegations contained in paragraphs 3, 9, 10, 11, 13, 14, 15, 17, 26 and 50 of the Complaint.

(2) Defendant Sanchez is without sufficient information to admit or deny the allegations contained in paragraphs 1, 2, 4, 5, 6, 7, 8, 16, 18, 19, 20, 21, 22, 23, 24, and 25 of the Complaint.

(3) Paragraphs 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 47, 48, 49, 51, 52 and 53 of the Complaint contain statements by Plaintiff which do not require a response.

WHEREFORE Defendant Sanchez on behalf of the Estate of Aleandra Sanchez respectfully requests that the Court determine that the Estate of Aleandra Sanchez receive $50,000.00 under the liability portion of Plaintiff's policy, $50,000.00 under the uninsured motorist portion of Plaintiff's policy and $25,000.00 under the medical payments coverage portion of the policy.

PRINCE, SCHMIDT, KORTE & BACA, LLP


By:  /s/   *Vitalia M. Sena-Baca, Attorney at Law*
       Vitalia M. Sena-Baca
       2905 Rodeo Park Drive East, Building 2
       Santa Fe, NM 87505
       (505) 982-5380
       *Counsel for Fred Sanchez as Personal*
       *Representative of the Estate of*
       *Aleandra Sanchez*

CERTIFICATE OF SERVICE

       I hereby certify that on the 25th day of September, 2013, a true and correct copy of the foregoing document was electronically filed through the CM/ECF system, which caused the following participating CM/ECF counsel to be served with same by electronic means. The undersigned further certified that a true and correct copy of the foregoing was also served via regular U.S. Mail to the following:

| | |
|---|---|
| Courtenay L. Keller<br>D. Chet Alderete<br>Riley, Shane & Keller, P.A.<br>3880 Osuna Road NE<br>Albuquerque, NM 87109<br>*ckeller@rsk-law.com*<br>*calderete@rsk-law.com* | Reyes Rubio<br>798 Don Gallegos Circle<br>Las Vegas, NM 87701 |
| Robert C. Gutierrez, Esq.<br>Will Ferguson & Associates<br>10090 Coors Blvd. NW, Suite A<br>Albuquerque, NM 87114-3301<br>bob@fergusonlaw.com | Angel Gomez<br>2700 Hot Springs Blvd #1<br>Las Vegas, NM 87701 |
| Anna C. Martinez, Esq.<br>Aequitas Law, LLC<br>PO Box 25304<br>Albuquerque, NM 87125<br>anna@aequitas.pro | Felicita Esquibel<br>1009 Romero Street<br>Las Vegas, NM 87701 |
| Thell Thomas, Esq.<br>Law Offices of Thell Thomas<br>509 Roma Ave. NW<br>Albuquerque, NM 87102-2124<br>tthomasjd@gmail.com | |

                                             By: */s/ Vitalia M. Sena-Baca, Attorney at Law*____
                                                  Vitalia M. Sena-Baca