IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HARTFORD FIRE INSURANCE COMPANY,

        Plaintiff,

v.                                                                                    Cause No. 1:13-CV-00896 LRF/RHS

JUSTINA ROMERO, individually and as Personal Representative of the ESTATE OF KAYLA ALEXIS MARTINEZ, FRED SANCHEZ, individually and as Personal Representative of the ESTATE OF ALEANDRA SANCHEZ; REYES RUBIO; ANGEL GOMEZ, as Parents and next friend of BRIANNA SANCHEZ, a minor; FELICITA ESQUIBEL, as Parent and next friend of KAYLA ESQUIBEL, a minor; MARY HELEN LUCERO, as Parent and next friend of ALEXANDRIA DE LA O, a minor; and JOSEPH MARTINEZ,

        Defendants.

## **ENTRY OF APPEARANCE**

    COMES NOW Will Ferguson & Associates (by Robert C. Gutierrez) and hereby enters his appearance on behalf of Defendant, Justina Romero, individually and as Personal Representative of the Estate of Kayla Alexis Martinez, in the above captioned cause, and hereby requests that copies of all future pleadings be forwarded to him, at the address indicated.

        Respectfully submitted;

        WILL FERGUSON & ASSOCIATES

        /s/ Robert C. Gutierrez
        ROBERT C. GUTIERREZ
        *Attorney for Defendant Justina Romero, Individually and as PR of the Estate of Kayla Alexis Martinez*
        10090 Coors Blvd NW Ste A
        Albuquerque, NM 87114
        Phone: (505)243-5566
        Fax: (505)897-2279

I HEREBY CERTIFY that on October 17, 2013, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Courtenay L. Keller / D. Chet Alderete<br>*Attorneys for Plaintiff, Hartford Fire Insurance Company*<br>ckeller@rsk-law.com / calderete@rsk-law.com | Reyes Rubio<br>798 Don Gallegos Circle<br>Las Vegas, NM 87701 |
| Anna C. Martinez<br>anna@aequitas.pro | Angel Gomez<br>2700 Hot Springs Blvd #1<br>Las Vegas, NM 87701 |
| Thell Thomas<br>*Attorney for Joseph Martinez*<br>tthomasjd@gmail.com | Felicita Esquibel<br>1009 Romero Street<br>Las Vegas, NM 87701 |
| Vitalia M. Sena-Baca<br>*Attorney for Fred Sanchez as Personal Representative of the Estate of Aleandra Sanchez*<br>vitalia@pskattorneys.com | |

WILL FERGUSON & ASSOCIATES
*/s/Robert C. Gutierrez*
ROBERT C. GUTIERREZ
*Attorney for Defendant Justina Romero, Individually and as Personal Representative of the Estate of Kayla Alexis Martinez*
bob@fergusonlaw.com