IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HARTFORD FIRE INSURANCE COMPANY,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Cause No. 1:13-CV-00896 LRF/RHS

JUSTINA ROMERO, individually and as Personal Representative of the ESTATE OF KAYLA ALEXIS MARTINEZ, FRED SANCHEZ, individually and as Personal Representative of the ESTATE OF ALEANDRA SANCHEZ; REYES RUBIO; ANGEL GOMEZ, as Parents and next friend of BRIANNA SANCHEZ, a minor; FELICITA ESQUIBEL, as Parent and next friend of KAYLA ESQUIBEL, a minor; MARY HELEN LUCERO, as Parent and next friend of ALEXANDRIA DE LA O, a minor; and JOSEPH MARTINEZ,

    Defendants.

**DEFENDANT JUSTINA ROMERO, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KAYLA ALEXIS MARTINEZ' ANSWER TO PLAINTIFF HARTFORD FIRE INSURANCE COMPANY'S COMPLAINT FOR INTERPLEADER**

COMES NOW, Justina Romero, individually and as Personal Representative of the Estate of Kayla Alexis Martinez, through her attorney of record, Will Ferguson & Associates (Robert C. Gutierrez) and for her answer to Plaintiff Hartford Insurance Company's Complaint for Interpleader (hereinafter "Complaint") states as follows:

**FIRST DEFENSE**

1.    Defendant Justina Romero admits the allegations contained in paragraphs 2, 9, 13, 14, 15, 16, 23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 39, 40 of the Complaint.

2.      Defendant Justina Romero is without sufficient information to admit or deny the allegations contained in paragraphs 1, 3, 4, 5, 6, 7, 8,10, 11, 12, 17, 18, 19, 20, 21, 22, 25, 34, 35, 36, 37, 38, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53.

3.      Defendant Justina Romero denies any paragraph of the complaint not specifcally admitted above.

## SECOND DEFENSE

This interpleader action does NOT relieve the Plaintiff of it's contractual, legal and statutory obligations, duties and responsibilities to it's insureds, including Roberta Dimas, Wayne Lovato and this Defendant, under the subject Personal Auto Policy (Policy No. 18 PH 168114) referred to in paragraph #26 of *Plaintiff Hartford Insurance Company's Complaint For Interpleader*.

## THIRD DEFENSE

This interpleader action does NOT relieve the Plaintiff of it's contractual, legal and statutory obligations, duties and responsibilities to it's insureds, including Roberta Dimas, Wayne Lovato and this Defendant, with regard to this Defendant's pending civil lawsuit entitled *Justina Romero, individually and as Wrongful Death Personal Representative of the Estate of Kayla Martinez, Plaintiff V. Wayne Lovato and Roberta Dimas-Lovato, Defendants No. D-412-CV-2013-00226*, filed of record May 30, 2013 in the Fourth Judicial District Court, State of New Mexico.

WHEREFORE, Defendant Justina Romero, individually and as Personal Representative of the Estate of Kayla Alexis Martinez, respectfully requests that the Court:

1. Determine that the Estate of Kayla Alexis Martinez receive $50,000 under the liability portion of Plaintiff's policy and $50,000 under the uninsured motorist portion of Plaintiff's policy.

2. Determine that this interpleader action does NOT relieve the Plaintiff of it's contractual,

legal and statutory obligations, duties and responsibilities to it's insureds, including Roberta Dimas, Wayne Lovato and this Defendant, under the subject Personal Auto Policy (Policy No. 18 PH 168114) referred to in paragraph #26 of *Plaintiff Hartford Insurance Company's Complaint For Interpleader*.

    3. Determine that this interpleader action does NOT relieve the Plaintiff of it's contractual, legal and statutory obligations, duties and responsibilities to it's insureds, including Roberta Dimas, Wayne Lovato and this Defendant, with regard to this Defendant's pending civil lawsuit entitled *Justina Romero, individually and as Wrongful Death Personal Representative of the Estate of Kayla Martinez, Plaintiff V. Wayne Lovato and Roberta Dimas-Lovato, Defendants No. D-412-CV-2013-00226,* filed of record May 30, 2013 in the Fourth Judicial District Court, State of New Mexico.

Respectfully submitted;

WILL FERGUSON & ASSOCIATES

*/s/ Robert C. Gutierrez*
ROBERT C. GUTIERREZ
*Attorney for Defendant Justina Romero Individually and as Personal Representative of the Estate of Kayla Alexis Martinez*
10090 Coors Blvd NW Ste A
Albuquerque, NM 87114
Phone: (505)243-5566
Fax: (505)897-2279

I HEREBY CERTIFY that on October 17, 2013, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing and by regular mail those parties not represented by counsel, as indicated below:

| | |
|---|---|
| Courtenay L. Keller / D. Chet Alderete<br>*Attorneys for Plaintiff, Hartford Fire Insurance Company*<br>ckeller@rsk-law.com / calderete@rsk-law.com | Reyes Rubio<br>798 Don Gallegos Circle<br>Las Vegas, NM 87701 |
| Anna C. Martinez<br>anna@aequitas.pro | Angel Gomez<br>2700 Hot Springs Blvd #1<br>Las Vegas, NM 87701 |
| Thell Thomas<br>*Attorney for Joseph Martinez*<br>tthomasjd@gmail.com | Felicita Esquibel<br>1009 Romero Street<br>Las Vegas, NM 87701 |
| Vitalia M. Sena-Baca<br>*Attorney for Fred Sanchez as Personal Representative of the Estate of Aleandra Sanchez*<br>vitalia@pskattorneys.com | |

WILL FERGUSON & ASSOCIATES
*/s/Robert C. Gutierrez*
ROBERT C. GUTIERREZ
*Attorney for Defendant Justina Romero, Individually and as Personal Representative of the Estate of Kayla Alexis Martinez*
bob@fergusonlaw.com