IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**HARTFORD FIRE
INSURANCE COMPANY,**

        Plaintiff,

v.                                                  No. 1:13-cv-00896-JCH-RHS

**JUSTINA ROMERO, individually and
as Personal Representative of the
ESTATE OF KAYLA ALEXIS MARTINEZ;
FRED SANCHEZ, individually and as Personal
Representative of the ESTATE OF ALEANDRA
SANCHEZ; MARY HELEN LUCERO; ANGEL GOMEZ,
as Parent and next friend of BRIANNA SANCHEZ,
a minor; FELICITA ESQUIBEL, as Parent and next
friend of KAYLA ESQUIBEL, a minor;
MARY HELEN LUCERO, as Parent and next friend of
ALEXANDRIA DE LA O, a minor; and
JOSEPH MARTINEZ,**

        Defendants.

## ORDER OF REFERENCE

THIS MATTER is before the Court on the *Stipulated Petition for Approval of Minor's Settlement* [Document No. 47]. The Court sua sponte refers resolution of this motion to United States Magistrate Judge Robert H. Scott to conduct a fairness hearing and to perform any legal analysis required to recommend to the Court whether the settlement is in the best interests of the minor beneficiary and whether it should be approved. In accordance with 28 U.S.C. §636(b)(1)(B) the Magistrate Judge should submit proposed findings of fact and recommendations for disposition of the motion to this Court. The parties then will have fourteen days to serve and file written objections to the proposed findings and recommendations.

                                                                _____
                                                                United States District Court Judge