IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HARTFORD FIRE INSURANCE COMPANY,

        Plaintiffs,

v.                                                                            No. 1:13-CV-00896-JCH-RHS

JUSTINA ROMERO, et al.,

        Defendants.

## ORDER APPOINTING *GUARDIAN AD LITEM*

THIS MATTER having come before the Court *sua sponte* for the appointment of a *Guardian Ad Litem* to assist the Court in evaluating a proposed settlement of this pending litigation, for purposes of the Fairness Hearing, on the settlement of this claim for the minor child's damages as a result of the as a result of an incident on April 6, 2013, the Court hereby Finds:

    1.    A *Guardian Ad Litem* should be appointed by this Court in connection with the Court's approval of a settlement involving Alexandra de la O, a minor.

    2.    The *Guardian Ad Litem* should be appointed to investigate on behalf of the Court into the fairness and reasonableness of the settlement and its effect on the minor.

    3.    The *Guardian Ad Litem's* appointment does not contemplate representation of the minor as an advocate, but only as a functionary of the Court.

    4.    It is within the discretion of the District Court to appoint an experienced *Guardian Ad Litem* for a minor child.

    5.    There are strong public policy reasons to grant immunity to the *Guardian Ad* in this case, who is acting as an "Arm of the Court" and is performing an essential role in this Court's Administration of Justice as the Judge's assistant.

- 2 -

6. All immunities and privileges available to the *Guardian Ad Litem*, as articulated by the New Mexico Supreme Court in *Collins v. Tabet*, 111 N.M. 391, 806 P.2d 40 (1991) should be extended to the *Guardian Ad Litem* in this matter.

7. F. Michael Hart, Esquire is qualified and has agreed to perform as a *Guardian Ad Litem* in this matter.

8. The fees for the *Guardian Ad Litem* shall be paid by the Defendant in this matter.

9. The *Guardian Ad Litem* shall be discharged from his duties as *Guardian Ad Litem* upon settlement and conclusion of any litigation herein.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that F. Michael Hart, Esquire shall be appointed *Guardian Ad Litem* as an "Arm of the Court" in connection with this Court's consideration of a settlement involving a minor child. Michael Hart shall be absolutely immune from any liability for his actions taken pursuant to this appointment, in so far as his conduct in the case is as a result of an investigation on behalf of this Court into the fairness and reasonableness of the settlement in its effect on the minor child. The *Guardian Ad Litem's* duties and obligations in this Court are owed to the Court and not to the minor child. This appointment of F. Michael Hart, Esquire as *Guardian Ad Litem* is intended to convey upon him in all of the immunities and protections allowed or provided under *Collins v. Tabet*, 111 N.M. 391, 806 P.2d 40 (1991).

*Robert Hayes Scott*
_____
Robert Hayes Scott
United States Magistrate Judge