IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**HARTFORD FIRE**
**INSURANCE COMPANY,**

      Plaintiff,

v.                                                                                    No. 1:13-cv-00896-JCH/LAM

**JUSTINA ROMERO, individually and**
**as Personal Representative of the**
**ESTATE OF KAYLA ALEXIS MARTINEZ;**
**FRED SANCHEZ, individually and as Personal**
**Representative of the ESTATE OF ALEANDRA**
**SANCHEZ; MARY HELEN LUCERO; ANGEL GOMEZ,**
**as Parent and next friend of BRIANNA SANCHEZ,**
**a minor; FELICITA ESQUIBEL, as Parent and next**
**friend of KAYLA ESQUIBEL, a minor;**
**MARY HELEN LUCERO, as Parent and next friend of**
**ALEXANDRIA DE LA O, a minor; and**
**JOSEPH MARTINEZ,**

      Defendants.

## ORDER FOR STATUS REPORT

**THIS MATTER** is before the Court sua sponte. On July 16, 2014, a Stipulated Motion for Approval of Minor Settlement was entered on the docket [Doc. 47]. On August 8, 2014, Magistrate Judge Robert H. Scott entered an Order appointing F. Michael Hart as Guardian ad Litem [Doc. 49]. Since that time there has been no further docket activity.

**PLEASE TAKE NOTICE** that all counsel, including the Guardian Ad Litem, are hereby ordered to file a joint status report addressing the current status of this case on or before March 5, 2015.

                                                              _____
                                                               United States District Court Judge