# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

HARTFORD FIRE INSURANACE COMPANY,

      Plaintiffs,

      vs.                                      CV 13-896 JH/LAM

JUSTINA ROMERO, Individually and as Personal Representative of the ESTATE OF KAYLA ALEXIS MARTINEZ; FRED SANCHEZ, Individually and as Personal Representative of the ESTATE OF ALEANDRA SANCHEZ; REYES RUBIO; ANGEL GOMEZ, as Parent and Next Friend of BRIANNA SANCHEZ, a Minor; FELICITA ESQUIBEL, as Parent and Next Friend of KAYLA ESQUIBEL, a Minor; MARY HELEN LUCERO, as Parent and Next Friend of ALEXANDRIA DE LA O, a Minor; and JOSEPH MARTINEZ,

      Defendants.

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter is hereby **SET** for a **FAIRNESS HEARING** on **TUESDAY, APRIL 7, 2015 AT 1:30 P.M.** before The Honorable Judith C Herrera, United States District Judge, 333 Lomas Boulevard N.W., "Brazos" Courtroom, 5th Floor, Albuquerque, New Mexico.

Any inquiries regarding the above setting should be directed to Irene Duran, Courtroom Deputy to Judge Herrera at (505) 348-2398.

                                            MATTHEW J. DYKMAN, Clerk

A true copy of this notice was served--via mail or electronic means--to counsel of record as they are shown on the Court's Docket.