IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HARTFORD FIRE INSURANCE COMPANY,

    Plaintiff,

vs.                                        No. 1:13-CV-00896-JCH-LAM

JUSTINA ROMERO, (et al.)

    Defendants.

## ORDER

THIS MATTER, having come before the court upon the Stipulated Petition for Approval of Minor's Settlement (ECF No. 47), the court having considered the report of the Guardian ad litem, having heard from all counsel in open court, and having considered the testimony of Defendant Mary Helen Lucero, natural mother of Alexandria De la O, and being otherwise fully advised hereby finds:

    1. The proposed settlement benefiting the minor child Alexandria De la O is fair, appropriate, and promotes the child's best interests.

    2. The settlement should be approved.

    3. The attorney's fees and costs described by Guardian ad litem in his report, are fair deductions from the settlement.

    4. Upon transfer of the settlement funds to Plaintiff's counsel, the Plaintiff Hartford Fire Insurance Company (Hartford) should be dismissed with prejudice from these proceedings.

    5. Counsel for Mary Helen Lucero, and Alexandria de la O, should distribute the settlement funds as follows:

        a. Pay attorney's fees, New Mexico Gross receipts tax, and costs in the amount of

–2–

      $11,951.63.

   b.  Purchase a cell phone, a laptop computer, and a cell phone/internet access plan for Alexandria's use, not to exceed $1,500.00 without further order of the Court.

   c.  With all remaining amounts, purchase certificates of deposit that are automatically reinvested and not paid, absent additional court order, except as follows: 1/3 of the value on the child's 18th birthday, ½ of the remaining value on the child's 19th birthday, and the balance paid to Alexandria on her 20th birthday.

6.  The Guardian ad litem should be discharged.

**IT IS THEREFORE ORDERED** that

1.  Upon Plaintiff Hartford's transfer of $33,004.13 to Counsel for Lucero/De la O, Hartford will be dismissed with prejudice from these proceedings. Plaintiff Hartford, within seven (7) days of transferring the funds must file a notice with the Court that the transfer is complete.

2.  Counsel for Lucero/De la O shall distribute the settlement funds as set forth above.

3.  The Guardian ad litem is discharged.

4.  The Stipulated Petition for Approval of Minor's Settlement (**ECF No. 47**) is **GRANTED** as described herein.

 

_____
HONORABLE JUDITH C. HERRERA